No. 97–1927. HANLON ET AL. *v.* BERGER ET UX. C. A. 9th Cir. [Certiorari granted, *ante,* p. 981]; and

No. 98–83. WILSON ET AL. *v.* LAYNE, DEPUTY UNITED STATES MARSHAL, ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 981.] A total of 10 additional minutes for oral argument are allotted to petitioners Hanlon et al., federal respondents Layne et al., and state respondents. A total of 10 additional minutes for oral argument are allotted to respondents Berger et ux. and petitioners Wilson et al.

No. 98–223. FLORIDA *v.* WHITE. Sup. Ct. Fla. [Certiorari granted, *ante,* p. 1000.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–369. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ET AL. *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 11th Cir. [Certiorari granted, *ante,* p. 960.] Motion of respondent American Federation of Government Employees for divided argument granted, and the time is divided as follows: 20 minutes for the Federal Labor Relations Authority, and 10 minutes for the American Federation of Government Employees, AFL–CIO.

No. 98–1041. WHITBURN, SECRETARY, WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES, ET AL. *v.* ADDIS ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 98–7306. LOWE *v.* CANTRELL. Ct. Civ. App. Okla. Motion of petitioner to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until March 22, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–7999. IN RE ROSE. Petition for writ of habeas corpus denied.

No. 98–7455. IN RE ADDAMS-MORE. Petition for writ of mandamus denied.

No. 98–822. FRIENDS OF THE EARTH, INC., ET AL. *v.* LAIDLAW ENVIRONMENTAL SERVICES (TOC), INC. C. A. 4th Cir. Motion